UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 23-07024-SPG(BFMx) | Date | December 18, 2023 |
|---|---|---|---|
| Title | Franklin McIntyre et al v. American Honda Motor Co., Inc. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**  (IN CHAMBERS) ORDER

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period(s) has not been met. Accordingly, the Court, on its own motion, orders Plaintiff(s) to show cause, in writing, **on or before January 5, 2024,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff(s) response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

Defendant **American Honda Motor Co., Inc.** did not answer the first amended complaint, yet Plaintiff's have failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a). Plaintiff's can satisfy this order by seeking entry of default or by dismissing the complaint.

**IT IS SO ORDERED**.

:

Initials of Preparer    pg